UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **FIRST FEDERAL BANK OF LOUISIANA** | : | **CIVIL ACTION NUMBER** |
| **VERSUS** | : | **05 CV 1451** |
| **UNITED STATES OF AMERICA** | : | **JUDGE MINALDI**<br>**MAGISTRATE JUDGE WILSON** |

## JUDGMENT OF DISMISSAL

The Court having been advised by counsel that they believe the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within two hundred forty (240) days, to reopen said action if settlement is not consummated.

**IT IS FURTHER ORDERED that the parties shall file an appropriate motion of dismissal and proposed judgment as soon as settlement is perfected.** Pending a motion to reopen the clerk is instructed to administratively close this matter.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15th day of August, 2007.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE